# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIC S. WOODARD, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:19-1793 |
| v. | : (JUDGE MANNION) |
| MICHAEL E. BORTNER, *et al.*, | : |
| Defendants | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Plaintiff Woodard's "Motion for Emergency Temporary Injunction to Cease Post-Conviction Relief Act Review", **(Doc. 1)**, which he filed in the above captioned action, is **DENIED**.

**(2)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 5, 2019**
19-1793-01-ORDER.wpd